CHARLES WENRICH v. STATE OF FLORIDA

32 So. (2nd) 12                                          June Term, 1947
October 3, 1947                                     Special Division B

*Manuel M. Glover,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

On authority of the opinion and judgment in Charles Wenrich v. State of Florida (Number 7341) this day filed, the judgment in this appeal is

Reversed.

THOMAS, C. J., TERRELL, ADAMS and BARNS, JJ., concur.